McGREGOR W. SCOTT
United States Attorney
JEFFREY J. LODGE (SBN 152205)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant Dirk Kempthorne,
Secretary of the U.S. Department of the Interior

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TINA LONNIE, | 1:07-cv-00368-AWI-GSA |
| Plaintiff, | SETTLEMENT STIPULATION; RELEASES; DISMISSAL; ORDER |
| v. | |
| DIRK KEMPTHORNE, | |
| Defendant. | |

It is hereby stipulated by and between plaintiff Tina Lonnie ("plaintiff") and defendant United States, sued in the name of Dirk Kempthorne, Secretary of the U.S. Department of the Interior (with plaintiff, "the parties"), and their undersigned attorneys as follows:

1. The parties hereby agree to settle and compromise each and every claim of any kind, whether known or unknown, arising directly or indirectly from the acts or omissions that gave rise to the above-captioned action under the terms and conditions set forth in this Stipulation.

2. The United States agrees to pay the sum of twenty-seven thousand dollars ($27,000.00) to plaintiff, which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequence thereof, resulting, and to result, from the subject matter of this action, including any claims under Title VII, which plaintiff or her guardians, heirs, executors, administrators, or assigns, and each of them, now have or may hereafter acquire against the United States, its agents, servants, and employees.

3. Plaintiff hereby agrees to accept the sum set forth in paragraph 2 in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, including claims under Title VII, arising from, and by reason of, any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof which they may have or hereafter acquire against the United States, its agents, servants, and employees on account of the same subject matter that gave rise to this action, including any future claim or lawsuit of any kind or type whatsoever, whether known or unknown, and whether for compensatory or exemplary damages. Plaintiff further agrees to reimburse, indemnify and hold harmless the United States and its agents, servants and employees from and against any and all causes of action, claims, liens, rights, or subrogated or

1  contribution interests incident to or resulting from further
2  litigation or the prosecution of claims arising from the subject
3  matter of this action.
4        4.   Plaintiff's undersigned attorney represents that he has
5  explained, and plaintiff warrants and represents that she
6  intends, that this Stipulation shall release all existing and
7  future claims arising directly or indirectly from the acts or
8  omissions that gave rise to the above-captioned action, including
9  claims that are unknown and unforeseen, notwithstanding Section
10 1542 of the Civil Code of the State of California, which provides
11 as follows:

> A general release does not extend to claims
> which the creditor does not know or suspect
> to exist in his favor at the time of
> executing [this] Release, which if known by
> him must have materially affected his
> settlement with the debtor.

16       5.   This Stipulation is not, is in no way intended to be,
17 and should not be construed as, an admission of liability or
18 fault on the part of the United States or its agents, servants,
19 or employees, and it is specifically denied that they are liable
20 to plaintiffs.  This settlement is entered into by all parties
21 for the purpose of compromising disputed claims under Title VII
22 and avoiding the expenses and risks of further litigation.
23       6.   The parties agree that they will each bear their own
24 costs, fees, and expenses; that any attorney's fees owed by
25 plaintiff will be paid out of the settlement amount and not in
26 addition thereto; and that all outstanding or future bills and
27 liens will be the sole responsibility of plaintiff.

7. Payment of the settlement amount will be made by check payable to plaintiff and her attorney, Andrew Schwartz, Esq. Plaintiff's attorney agrees to distribute the settlement proceeds, and to obtain a dismissal of the above-captioned action with prejudice, with each party bearing its own fees, costs and expenses.

8. The parties and their undersigned attorneys agree to execute and deliver such other and further documents as may be required to carry out the terms of this Agreement.

9. Each person signing this Stipulation warrants and represents that he or she possesses full authority to bind the person[s] on whose behalf he or she is signing to the terms of the Stipulation.

10. Each person signing this Stipulation warrants and represents that no promises, inducements, or other agreements not expressly contained herein have been made; that this Stipulation contains the entire agreement between the parties; and that the terms of this Stipulation are contractual and not mere recitals. This Stipulation may not be altered, amended, modified, or otherwise changed in any respect, except by a writing duly executed by the party to be charged.  All prior oral understandings, agreements, and writings are superseded by this Stipulation and are of no force or effect.

11. Each person executing this Stipulation represents that he or she has read and understands its contents; that he or she executes this Stipulation voluntarily; that he or she has not been influenced by any person acting on behalf of any party.

12. The above-captioned action is hereby DISMISSED WITH PREJUDICE in its entirety and, upon approval by the Court as provided below, the Clerk of the Court is requested to enter this dismissal and release in the official docket.

13. Notwithstanding the entry of a dismissal herein, the parties hereby stipulate that Hon. Anthony W. Ishii, District Judge, shall retain jurisdiction to enforce the terms of this compromise settlement.

```
Date:   12/28/07                    /s/Tina Lonnie
                                    TINA LONNIE
                                    Plaintiff


Date:   01/03/08                    /s/Andrew Schwartz
                                    ANDREW SCHWARTZ
                                    Attorneys for Plaintiff


                                    McGREGOR W. SCOTT
                                    United States Attorney


Date:   01/11/08                    /s/Jeffrey J. Lodge
                               By:  JEFFREY J. LODGE
                                    Assistant U.S. Attorney
                                    Attorney for the United States
```

**ORDER**

Pursuant to the terms of the Parties' stipulation outlined above, the Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

**Dated:   January 16, 2008**          /s/ Anthony W. Ishii
                                       UNITED STATES DISTRICT JUDGE